1  DIEPENBROCK & COTTER, LLP
   JOHN P. COTTER, State Bar No. 158783
2  BRIAN J. O'CONNOR, State Bar No. 155159
   1545 River Park Drive, Suite 201
3  Sacramento, California 95815
   Telephone: (916) 565-6222
4  Facsimile: (916) 565-6220
   Email: jpc@diepenbrockcotter.com
5         bjo@diepenbrockcotter.com

6  ALSTON & BIRD LLP
   Micah Moon, (admitted *pro hac vice*)
7  1201 West Peachtree Street
   Atlanta, Georgia 30309
8  Telephone: (404) 881-7000
   Facsimile: (404) 253-8783
9  Email: micah.moon@alston.com

10 Attorneys for Plaintiff
   UNITED PARCEL SERVICE, INC.
11
   LAW OFFICES OF JAMES G. SCHWARTZ, P.C.
12 James G. Schwartz, Esq. State Bar No. 069371
   Jason M. Dooley, Esq. 258570
13 7901 Stoneridge Drive, State Bar No. Suite 401
   Pleasanton, California 94588
14 Telephone: (925) 463-1073
   Facsimile: (925) 463-2937
15 Email: jason@jgschwartz.com

16 Attorneys for Defendant
   DEEPTI BEDI

17

18

19                    **UNITED STATES DISTRICT COURT**

20           **NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION**

21

| 22 | UNITED PARCEL SERVICE, INC., | Case No.   C14-2951 HSG |
|---|---|---|
| 23 | Plaintiff, | |
| 24 | vs. | **JOINT STIPULATION AND ORDER FOR AN EXTENSION OF TIME TO CONDUCT MEDIATION** |
| 25 | DEEPTI BEDI, d/b/a FASHION & MORE, MEGA PACK, WEBTREO, & MOBILE | |
| 26 | TODAY, and DOES 1 to 100, | Honorable Haywood S. Gilliam, Jr. |
| 27 | Defendants. | |

28

**1**

JOINT STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME TO CONDUCT MEDIATION

1
2    Plaintiff United Parcel Service, Inc. ("Plaintiff") and Defendant Deepti Bedi
3    ("Defendant"), by and through their designated counsel, jointly submit this Joint Stipulation and
4    Proposed Order for an Extension of Time to Conduct Mediation.
5    The Parties have each propounded, and responded to, written discovery in accordance
6    with the Case Management Order issued by the Court. However, additional time was needed to
7    obtain a Protective Order prior to production of documents by Plaintiff. The Parties seek
8    additional time to engage in discovery—specifically time needed to prepare for and conduct the
9    deposition of an employee of Plaintiff—so that they may have a meaningful and productive
10   mediation as required by the Court's previous Case Management Order.
11   For the above reasons, the Parties request that the Court grant an extension of time to
12   conduct the mediation. In the Proposed Order, attached hereto, the parties respectfully request
13   that the deadline for conducting this mediation be extended from April 17, 2015 to May 29, 2015.
14
15   DATED:                           DIEPENBROCK & COTTER, LLP
16
17                                   By: _____
                                        JOHN P. COTTER
                                        BRIAN J. O'CONNOR
18                                      Attorneys for Plaintiff
                                        UNITED PARCEL SERVICE, INC.
19
                                     ALSTON & BIRD LLP
20
21                                   By: _____
                                        MICAH D. MOON (admitted *pro have vice*)
22                                      Attorney for Plaintiff
                                        UNITED PARCEL SERVICE, INC.
23
                                     Attorneys for UPS, Inc., Plaintiff
24
25
26
27
28

**2**
JOINT STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME TO CONDUCT MEDIATION

1 | DATED: LAW OFFICES OF JAMES G. SCHWARTZ, P.C.

By: _____
JAMES G. SCHWARTZ
JASON M. DOOLEY
Attorneys for Plaintiff
DEEPTI BEDI

Attorneys for Defendant

**ORDER**

Based on the stipulation of the parties, and good cause having been shown, it is the ORDER of this Court that the following mediation deadline is continued:

1. The mediation completion deadline will be continued from April 17, 2015 to May 29, 2015.

IT IS SO ORDERED.

DATE: April 13, 2015

Honorable Haywood S. Gilliam, Jr.
UNITED STATES DISTRICT COURT JUDGE