UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNITED PARCEL SERVICE, INC,

    Plaintiff,

    v.

DEEPTI BEDI,

    Defendant.

Case No. 14-cv-02951-HSG

**ORDER REGARDING STATUS OF CASE**

On June 22, 2015, the parties to this case reached a settlement. Dkt. No. 45. On August 7, 2015, the parties filed a joint statement informing the Court that they had "reached a tentative agreement on the final settlement agreement" and were "in the process of obtaining signatures from their respective clients." Dkt. No. 47. Pursuant to this Court's Civil Pretrial and Trial Standing Order, the parties must meet and confer regarding pretrial filings and exchange proposed evidence to be introduced at trial at least 28 days before the pretrial conference. As the pretrial conference in this case is scheduled for October 13, 2015, the parties must comply with this initial pretrial deadline by September 15, 2015.

The Court directs the parties to file a joint statement providing a further update on the status of this case by Friday, September 11, 2015. The parties should inform the Court when they expect to finalize their settlement agreement and file a stipulation of dismissal. If the parties intend to proceed to trial, they should so inform the Court and comply with the impending pretrial deadlines.

**IT IS SO ORDERED.**

Dated: September 9, 2015

                                                    HAYWOOD S. GILLIAM, JR.
United States District Judge